BILL LOCKYER
Attorney General of the State of California
JACOB APPELSMITH
Senior Assistant Attorney General
FIEL D. TIGNO
MIGUEL A. NERI
Supervising Deputy Attorneys General
MARJORIE E. COX, State Bar No. 084536
Deputy Attorney General
1515 Clay Street, Suite 2000
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2148
Facsimile: (510) 622-2121
Email: Marjorie.Cox@doj.ca.gov

Attorneys for Defendant
JERRY R. JOLLY, Director
California Department of Alcoholic Beverage Control

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

NOTHING TO IT!!!, LLC, et al.

Plaintiffs,

**v.**

JERRY R. JOLLY, Director of the California Department of Alcoholic Beverage Control,

Defendant.

Case No.: C06-02653 EDL

**STIPULATION AND [~~PROPOSED~~ ORDER] RE: EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO COMPLY WITH FRCP RULES 26(a)(1) AND 26(f)**

By and through their respective attorneys of record, plaintiffs Nothing To It!!!, LLC, et al. and defendant Jerry R. Jolly, in his capacity as Director of the Department of Alcoholic Beverage Control, hereby stipulate and agree as follows:

1. The time within which defendant shall respond to the First Amended Complaint shall be extended by one week, from the current due date of July 11, 2006 to July 18, 2006.

2. The times within which the parties shall comply with the requirements of Federal Rules of Civil Procedure 26(a)(1) [meet and confer re, and complete, initial disclosures and discovery plan] and Federal Rules of Civil Procedure 26(f) [file Rule 26(f) report] shall also be extended to July 18,

2006.

GOOD CAUSE exists, as follows, for approval of the extensions of time sought pursuant to this stipulation:

1. Until recently, the parties expected a decision to issue shortly in a related case pending before the District Court for the Central District of California that would provide a basis for resolution of this case pursuant to stipulation.

2. Due to the recent, unexpected dismissal of this related action, the parties have resumed discussion of how this case might best be promptly and efficiently resolved.

3. The requested extensions will allow the parties to continue these discussions without prejudicing their respective positions in the litigation or delaying its resolution.

Dated: June 26, 2006

EPSTEIN, COHEN, DONAHOE & MENDES

By: /s/ Robert D. Epstein
ROBERT D. EPSTEIN

Attorneys for Plaintiffs

Dated: June 26, 2006

BILL LOCKYER
Attorney General of the State of California
JACOB APPELSMITH
Senior Assistant Attorney General
FIEL D. TIGNO
MIGUEL A. NERI
Supervising Deputy Attorneys General

/s/ Marjorie E. Cox
MARJORIE E. COX
Deputy Attorney General

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 28, 2006

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Elizabeth D. Laporte

Magistrate Court Judge
Elizabeth D. Laporte