BILL LOCKYER
Attorney General of the State of California
JACOB APPELSMITH
Senior Assistant Attorney General
FIEL D. TIGNO
MIGUEL A. NERI
Supervising Deputy Attorneys General
MARJORIE E. COX, State Bar No. 084536
Deputy Attorney General
  1515 Clay Street, Suite 2000
  P.O. Box 70550
  Oakland, CA 94612-0550
Telephone:  (510) 622-2148
Facsimile:  (510) 622-2121
Email: Marjorie.Cox@doj.ca.gov

Attorneys for Defendant
JERRY R. JOLLY, Director
California Department of Alcoholic Beverage Control

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTHING TO IT!!!, LLC, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>JERRY R. JOLLY, Director of the California Department of Alcoholic Beverage Control,<br><br>                Defendant. | Case No.: C06-02653 EDL<br><br>**STIPULATION AND ALTERNATIVE [PROPOSED] ORDERS RE CHANGE IN BRIEFING SCHEDULE AND/OR HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Date: October 3, 2006<br>Time: 9:30 a.m.<br>Ctrm: 11<br>The Honorable Martin J. Jenkins |

    By and through their respective attorneys of record, plaintiffs Nothing To It!!!, LLC, et al. and defendant Jerry R. Jolly, in his capacity as Director of the Department of Alcoholic Beverage Control, hereby stipulate and agree as follows:

    A. The hearing on Defendant's Motion To Dismiss shall remain on October 3, 2006, the date to which it was rescheduled by the Court, however the date on which the opposition and reply briefs are due shall be extended as follows: (a) plaintiffs' opposition brief, presently due on August 8, 2006, shall be filed and served on August 31, 2006; and (b) defendant's reply, presently due on

1

Stipulation & [Proposed] Order Re Change In Briefing Schedule, etc.     Case No. C06-02653 MJJ

August 15, 2006, shall be filed and served on September 26, 2006.

B. Alternatively, should the Court prefer, the hearing on Defendant's Motion To Dismiss shall be rescheduled to October 17, 2006; the opposition brief shall be served and filed not less than 21 days before the rescheduled hearing date—that is, on or before September 26, 2006; and the reply brief shall be filed and served not less than 14 days before the rescheduled date—that is, on or before October 3, 2006.

GOOD CAUSE exists for approval of one or the other of the scheduling changes sought pursuant to this stipulation, as follows:

1. Defendant's Motion To Dismiss was filed on July 19, 2006 and originally noticed for hearing on August 29, 2006.

2. While the Court has since rescheduled the hearing to October 3, 2006, pursuant to the Court's Standing Order, the opposition and reply briefs remain due on August 8, 2006 and August 15, 2006, respectively.

3. The instant stipulation either to retain the present hearing date but extend the time for the filing and service of these briefs or, alternatively, to reschedule the hearing to October 17, 2006 and extend the time for their filing and service is sought in order to allow plaintiffs an adequate time for response while at the same time accommodating the pre-existing vacation plans of their counsel without prejudicing defendant's ability to reply given the other matters requiring its counsel's attention during September of 2006. These include preparation of the briefing on cross motions for summary judgment scheduled to be heard in another matter on October 6, 2006.

4. Grant of one or the other of the requested scheduling changes will not unduly delay the resolution of this action.

5. The parties were unable to file the instant stipulation 14 days prior to the earliest date affected by the stipulation due primarily to defendant's counsel's absence from her office on vacation during the period from and including July 20, 2006 through July 31, 2006.

Stipulation & [Proposed] Order Re Change In Briefing Schedule, etc.                    Case No. C06-02653 MJJ

| | | |
|---|---|---|
| 1 | Dated: August 4, 2006 | EPSTEIN, COHEN, DONAHOE & MENDES |
| 2 | | |
| 3 | | By: /s/ Robert D. Epstein |
| | | ROBERT D. EPSTEIN |
| 4 | | |
| | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: August 4, 2006 | BILL LOCKYER |
| | | Attorney General of the State of California |
| 7 | | JACOB APPELSMITH |
| | | Senior Assistant Attorney General |
| 8 | | FIEL D. TIGNO |
| | | MIGUEL A. NERI |
| 9 | | Supervising Deputy Attorneys General |
| 10 | | |
| 11 | | /s/ Marjorie E. Cox |
| | | MARJORIE E. COX |
| 12 | | Deputy Attorney General |
| 13 | | Attorneys for Defendant |

3

Stipulation & [Proposed] Order Re Change In Briefing Schedule, etc.    Case No. C06-02653 MJJ

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the due dates |
| 3 | for the opposition and reply briefs on Defendant's Motion To Dismiss shall be extended as |
| 4 | follows: (1) plaintiffs' opposition brief, presently due on August 8, 2006, shall be filed and |
| 5 | served no later than August 31, 2006; and (b) defendant's reply, presently due on August 15, |
| 6 | 2006, shall be filed and served on September ~~20~~ 19, 2006. The hearing on the motion shall remain |
| 7 | on Tuesday, October 3, 2006 at 9:30 a.m., as previously rescheduled by the Court. |
| 8 | DATED: August  24 , 2006 |

*/s/ Martin J. Jenkins*
HONORABLE MARTIN J. JENKINS

**ALTERNATIVE [PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing on Defendant's Motion To Dismiss shall be rescheduled to Tuesday, October 17, 2006, at 9:30 a.m.; any brief in opposition shall be served and filed not less than 21 days before the rescheduled hearing date—that is, on or before September 26, 2006; and any reply brief shall be filed and served not less than 14 days before the rescheduled date—that is, on or before October 3, 2006.

DATED: August ___, 2006

HONORABLE MARTIN J. JENKINS

Stipulation & [Proposed] Order Re Change In Briefing Schedule, etc.    Case No. C06-02653 MJJ