1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NOTHING TO IT!!!, et al.,,                        No.     C06-2653 MJJ

12             Plaintiff(s),                    **ORDER TO SHOW CAUSE**

13     v.

14   JERRY R. JOLLY,

15             Defendant(s).
     _____/

16

17           THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims

18   should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

19   Procedure.

20           If plaintiff fails to file a written response to this order to show cause **within TWO WEEKS**

21   **of the date of the order, i.e. by Tuesday, May 15, 2007,** the case shall be dismissed for failure to

22   prosecute.  The Case Management Conference scheduled for    [Not Applicable]    is hereby

23   vacated, as plaintiff has failed to serve the defendants.

24           **IT IS SO ORDERED.**

25

26   Dated:    4/26/2007
     _____
27   MARTIN J. JENKINS
     United States District Judge

28

**United States District Court**
For the Northern District of California