IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTHING TO IT!!!, et al.,, <br><br> Plaintiff(s), <br><br> v. <br><br> JERRY R. JOLLY, <br><br> Defendant(s). | No.   C06-2653 MJJ <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The matter before the Court is Plaintiff's 5/2/07 Response to the Court's Order to Show Cause, as well as defendant's 5/3/07 Response. The parties agree that this action should be dismissed without prejudice. Accordingly,

THE COURT HEREBY DISMISSES THIS ACTION WITHOUT PREJUDICE, and the Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 5/8/2007

MARTIN J. JENKINS
United States District Judge